# ELECTRONIC RECORD

COA #   09-13-00573-CR

OFFENSE:   Evading Arrest

STYLE:   Ramon Aguilar Jr. v. The State of Texas

PUNISHMENT:   life

COUNTY:   Montgomery

TRIAL COURT:   9th District Court

_____ MOTION

TRIAL COURT #:   13-11-12564 CR

FOR REHEARING IS: _____

TRIAL COURT JUDGE:   Judge Kelly W. Case

DATE: _____

DISPOSITION:   AFFIRMED

JUDGE: _____

DATE:   12-09-15

JUSTICE:   Hollis Horton          PC   NO   S   YES

PUBLISH:   NO          DNP:   YES

| | | |
|---|---|---|
| CLK RECORD: | 02-03-14 | SUPP CLK RECORD:   06-13-14; 01-12-15 |
| RPT RECORD: | 02-10-14 | SUPP RPT RECORD:   12-05-14; 04-09-15 |
| STATE BR: | 07-13-15 | SUPP BR: |
| APP BR: | 05-19-15 | PRO SE BR: |

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # _____PD-0046-16_____

**APPELLANT'S** Petition

Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: _05/04/2016_

SIGNED: _____     PC: _____

JUDGE: _Per Curiam_

PUBLISH: _____     DNP: _____

_____ MOTION FOR REHEARING IN

MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____

_____ ON _____

JUDGE: _____

JUDGE: _____